UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80210-CIV-CANNON/McCabe

**GEORGE HARPER**,

    Plaintiff,
v.

**ACTS RETIREMENT-LIFE COMMUNITIES, INC.**,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") [ECF No. 19], filed on June 20, 2022. The Motion was referred to Magistrate Judge Ryon M. McCabe for a Report and Recommendation [ECF No. 35]. On September 22, 2022, Judge McCabe issued a Report, recommending that the Motion be granted in part and denied in part [ECF No. 36]. Specifically, the Report recommends that Counts I and II of the Amended Complaint be dismissed with prejudice, but that Counts III and IV be permitted to proceed at this stage [ECF No. 36 p. 12]. Objections to the Report were due on or before October 6, 2022 [ECF No. 36 p. 13]. Neither party filed objections.

Upon de novo review of the Report and the full record, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 36] is **ACCEPTED**.

2.     Defendant's Motion to Dismiss [ECF No. 19] is **GRANTED IN PART AND DENIED IN PART** consistent with the Report.

CASE NO. 22-80210-CIV-CANNON/McCabe

3. Counts I and II of the Amended Complaint are **DISMISSED WITH PREJUDICE**. Counts III and IV may proceed at this time.

4. **On or before November 3, 2022**, Defendant shall file an Answer to Plaintiff's Amended Complaint, consistent with this Order and the accepted Report.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of October 2022.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record